HYATT ROLLER BEARING COMPANY, RESPONDENT, v. PENNSYLVANIA RAILROAD COMPANY, APPELLANT.

Submitted December 9, 1918—Decided February 6, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 94.

For the respondent, *Day, Day, Smith & Slingerland.*

For the appellant, *Vredenburgh, Wall & Carey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, BERGEN, KALISCH, BLACK, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 9.

*For reversal*—None.